In re: City of New Orleans et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 230 So.2d 326.

Writ denied. No error of law in the judgment complained of.

232 So.2d 78

**John TURNER, Tutor**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY.**

No. 50393.

March 12, 1970.

In re: John Turner applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 230 So.2d 753.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.